## BARTON *v.* DISTRICT COURT OF IOWA IN AND FOR UNION COUNTY.

No. 31, Misc.  Decided October 8, 1962.

Appellant *pro se.*

*Evan Hultman,* Attorney General of Iowa, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.